516 A.2d 703

**COMMONWEALTH of Pennsylvania**

v.

**Alexander SMITH, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 29, 1986.

Petition for Allowance of Appeal GRANTED, No. 80 W.D. Appeal 1986.